## (July 11, 1972)

In the Matter of the Claim of CAROLYN E. MILLER, Respondent, v. A. P. DIMON & SON, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs, upon ground appellants have not been provided a full record list as required by section 300.18 (subd. [a]) of the General Rules and Procedure of the Workmen's Compensation Board (12 NYCRR 300.18 [a]). Greenblott, J. P., Cooke, Sweeney, Simons and Kane, JJ., concur.